# United States Court of Appeals
## For the First Circuit

---

No. 17-1461

TOWN OF WESTPORT,

Plaintiff, Appellant,

WESTPORT COMMUNITY SCHOOLS,

Plaintiff,

v.

MONSANTO COMPANY; SOLUTIA, INC.; PHARMACIA CORPORATION,

Defendants, Appellees.

---

**JUDGMENT**

Entered: December 8, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's entry of judgment against the Town of Westport's breach of warranty and negligence claims is affirmed. Costs are awarded to Monsanto Company, Solutia, Inc., and Pharmacia Corporation.

By the Court:<br>
/s/ Margaret Carter, Clerk

cc:
Carla Burke Pickrel
Brett Land
Cary L. McDougal
Celeste A. Evangelisti
Richard M. Sandman
Scott Summy
Brandon L. Arber
Adam E. Miller
David S. Haase
Kim Kocher
Thomas M. Goutman
Richard L. Campbell
Jeffrey E. Francis